CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT 24 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

UNITED STATES OF AMERICA

v.      Criminal No. 2:18CR00013

RANDALL J. KEYSTONE

Violations: 18 U.S.C. § 875(c)

# INDICTMENT

## COUNT ONE

The Grand Jury charges that:

1. On or about January 11, 2017, in the Western District of Virginia and elsewhere, RANDALL J. KEYSTONE, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another.

2. On or about January 11, 2017, RANDALL J. KEYSTONE mailed a letter to Victim 1, at an address in Raleigh, North Carolina, with zip code 27601, stating in part "How'd you like someone to put a bullit [*sic*] in your head? How'd you like me to be the one to do it?"

3. All in violation of Title 18, United States Code, Section 875(c).

## COUNT TWO

1. On or about January 11, 2017, in the Western District of Virginia and elsewhere, RANDALL J. KEYSTONE, knowingly transmitted in interstate commerce a communication containing a threat to injure the person of another.

2. On or about January 11, 2017, RANDALL J. KEYSTONE mailed a second letter to Victim 1, at a second address in Raleigh, North Carolina, with zip code 27613, stating in part

"How'd you like someone to put a bullit [*sic*] in your head? How'd you like me to be the one to do it...?"

3. All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL, this \_\_\_23\_\_\_ day of October, 2018.

/s Grand Jury Foreperson

*Thomas J. Cullen (by JRB)*
THOMAS T. CULLEN
United States Attorney