# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# BIG STONE GAP DIVISION

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | Case No. 2:18CR00013 |
| v. | ) | **OPINION** |
| **RANDALL J. KEYSTONE,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

*Randall J. Keystone, Pro se.*

The defendant has filed a Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence. The defendant was convicted by a jury in this court on September 10, 2019, and has not been sentenced. His motion under § 2255 is thus premature.

It appears that the relief actually sought by the motion is to receive another bond hearing. 2255 Mot. 5, ECF No. 90. Particularly since the defendant has now been convicted of a serious crime, and has a lengthy criminal history, I will not grant him such relief.

For these reasons, the motion, ECF No. 90, will be denied.

DATED: September 16, 2019

/s/ James P. Jones
United States District Judge