# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 2:18CR00013 |
| v.  ) | **FINAL ORDER** |
| ) | |
| **RANDALL J. KEYSTONE,** ) | JUDGE JAMES P. JONES |
| Defendant. ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 is DISMISSED WITHOUT PREJUDICE as successive; the Clerk shall close the § 2255 action; and based upon a finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: December 28, 2023

/s/ JAMES P. JONES
Senior United States District Judge